# CERTIFICATE OF SERVICE

I, <u>Gini L. Downing</u> (name), certify that service of this summons and a copy of the complaint was made <u>February 4, 2022</u> (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Ashgrove Marketing Agency LLC
30475 South Wixom Road, Suite 100A
Wixom, MI 48393

Ashgrove Marketing Agency LLC
c/o Kelli Monahan, President
30475 South Wixom Road, Suite 100A
Wixom, MI 48393

☒ Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:
Ashgrove Marketing Agency, LLC
Attn: Kelli Monahan, President
30475 South Wixon Road, Ste. 100A
Wixom, MI 48393

Michael Indenbaum, R/A for
Ashgrove Marketing Agency, LLC
660 Woodward Avenue, Ste. 2290
Detroit, MI 48226

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date <u>February 4, 2022</u>   Signature <u>*/s/ Gini L. Downing*</u>

Print Name:   <u>Gini L. Downing</u>
              Pachulski Stang Ziehl & Jones LLP
              10100 Santa Monica Blvd.
              13th Floor
Business Address:   <u>Los Angeles, CA 90067</u>

## Return Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ashgrove Marketing Agency, LLC
   Attn: Kelli Monahan, President
   30475 South Wixon Road, Ste. 100A
   Wixom, MI 48393

   9590 9402 3367 7227 2946 71

2. Article Number (Transfer from service label)

   7017 2400 0000 3936 9733

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt

---

## Return Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Michael Indenbaum, R/A for
   Ashgrove Marketing Agency, LLC
   660 Woodward Avenue, Ste. 2290
   Detroit, MI 48226

   9590 9402 3367 7227 2946 64

2. Article Number (Transfer from service label)

   7017 2400 0000 3936 9726

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_ —26 82
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Covid-19

C. Date of Delivery
2/8/22

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt