Bradford J. Sandler, Esq. (NY Bar No. 4499877)
Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (CA Bar No. 157216)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>Plaintiff,<br>v.<br><br>ASHGROVE MARKETING AGENCY, LLC,<br><br>Defendant. | Adv. Proc. No. 22-02006 (PRW) |

**SECOND STIPULATION EXTENDING TIME TO ANSWER COMPLAINT**

Plaintiff, RDC Liquidating Trust, through its trustee Advisory Trust Group, LLC ("Plaintiff" or the "RDC Liquidating Trust"), successor in interest to Rochester Drug Co-Operative, Inc., and defendant, Ashgrove Marketing Agency, LLC ("Defendant", and together with Plaintiff, the "Parties"), by and through their undersigned attorneys, hereby stipulate and agree as follows:

WHEREAS, on February 3, 2022, Plaintiff filed a complaint (the "Complaint") against Defendant;

WHEREAS, the summons (the "Summons") was issued on February 4, 2022;

WHEREAS, on February 4, 2022, Defendant was served with the Summons and Complaint; and

WHEREAS, on March 1, 2022, the Parties entered into a stipulation (the "First Stipulation") by which the time required for Defendant to answer the Complaint was extended through and including April 15, 2022. The First Stipulation was approved by order entered March 2, 2022.

The Parties hereby stipulate and agree to the matters set forth below:

1. The Parties have an agreement in principle to settle the matter and request, subject to Court approval, a further extension of time for Defendant to answer the Complaint to and including June 15, 2022. This will allow the Parties sufficient time to document and complete the settlement.

2. All other terms set forth in the First Stipulation remain in full force and effect.

Respectfully submitted,

Dated: April 12, 2022

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Ilan D. Scharf*
Bradford J. Sandler (NY Bar No. 4499877)
Ilan D. Scharf (NY Bar No. 4042107)
Jason S. Pomerantz (CA Bar No. 157216)
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Email: bsandler@pszjlaw.com
ischarf@pszjlaw.com
jspomerantz@pszjlaw.com

*Counsel to Plaintiff RDC Liquidating Trust*

Dated: April 12, 2022

HONIGMAN LLP

Scott B. Kitei (MI Bar No. P78064)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
Telephone: (313) 465-7524
Email: skitei@honigman.com

*Counsel to Defendant Ashgrove Marketing Agency, LLC*

SO ORDERED:

DATED: _____, 2022
Rochester, New York

HON. PAUL R. WARREN

2

DOCS_LA:343235.1 75015/003

Case 2-22-02006-PRW, Doc 10, Filed 04/12/22, Entered 04/12/22 13:54:28, Description: Main Document, Page 2 of 2