Ilan D. Scharf (NY Bar No. 4042107)
Jason S. Pomerantz (CA Bar No. 157216)
Bradford J. Sandler (NY Bar No. 4499877)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
Email:  ischarf@pszjlaw.com
           jspomerantz@pszjlaw.com
           bsandler@pszjlaw.com

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTSERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>                    Debtors. | Chapter 11<br><br>Case No. 20-20230 (PRW)<br><br>(Jointly Administered) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>                    Plaintiff,<br><br>    v.<br><br>ASHGROVE MARKETING AGENCY, LLC,<br><br>                  Defendant. | Adv. Proc. No. 22-02006 (PRW) |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of

Civil Procedure, as made applicable herein by Rule 7041 of the Federal Rules of Bankruptcy

Procedure, Plaintiff, Advisory Trust Group, LLC, as trustee of the RDC Liquidating Trust,

hereby dismisses, with prejudice, its Complaint against Ashgrove Marketing Agency, LLC (the

"Defendant") in the above-captioned adversary proceeding. The Defendant has not filed an answer, responsive pleading, or motion for summary judgment in this adversary proceeding.

Dated: April 28, 2022　　　　　　　　　　PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Ilan D. Scharf*
Bradford J. Sandler (NY Bar No. 4499877)
Ilan D. Scharf (NY Bar No. 4042107)
Jason S. Pomerantz (CA Bar No. 157216)
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Email:　bsandler@pszjlaw.com
　　　　ischarf@pszjlaw.com
　　　　jspomerantz@pszjlaw.com

*Counsel to Plaintiff RDC Liquidating Trust*